# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**          **PLAINTIFF**

v.          No. 4:13-cr-228-DPM

**MICHAEL WAYNE WOLVERTON**          **DEFENDANT**

## ORDER

The trial is rescheduled to begin on 21 April 2014, one week earlier. There are no Speedy Trial Act implications of the change. An amended general scheduling Order will issue.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

6 September 2013